AMBROSIO CASTRO RODRÍGUEZ, demandante y recurrido, *v.* BRAULIO GARCÍA RODRÍGUEZ, demandado y recurrente.

*Número:* R-63-12     *Resuelto:* 1ro. de octubre de 1963

*Rafael L. Franco García,* abogado del recurrente; *Faustino R. Aponte,* abogado del recurrido.

Sala integrada por el Juez Presidente Señor Negrón Fernández y los Jueces Asociados Señores Blanco Lugo y Ramírez Bages.

### SENTENCIA

Apareciendo de los autos originales de este caso que la sentencia en el mismo fue dictada por el tribunal de instancia en 15 de junio de 1962; que la misma fue archivada y notificada a las partes ese mismo día; que el recurrente radicó una moción de reconsideración de dicha sentencia en 25 de junio de 1962 y que a moción de dicho recurrente de 11 de julio de dicho año, dicha moción se señaló para ser vista en 17 de agosto siguiente y en dicha fecha, después de oir al recurrido, el tribunal de instancia declaró dicha moción sin lugar; que a solicitud del recurrente dicho tribunal volvió a señalar otra vista de la referida moción para el 14 de septiembre de 1962 cuando se discutió por los abogados de las partes; que en 23 de noviembre de 1962 el tribunal de instancia concedió 30 días al recurrente para presentar el récord taquigráfico de las vistas del caso en su fondo; que en 2 de enero de 1963 el tribunal de instancia declaró sin lugar la referida moción de reconsideración y reiteró su dictamen el día 14 de dicho mes; que en 17 de enero de 1963 el recurrente radicó el escrito de revisión en este caso ante este Tribunal; y

Visto lo dispuesto por la Regla 47 de las Reglas de Procedimiento Civil y el dictamen de este Tribunal en *Franceschi* v.

*Municipio de Juana Díaz*, 88 D.P.R. 389, (1963) se declara sin lugar el recurso de revisión en este caso por falta de jurisdicción.

Así lo pronunció y manda el Tribunal y firma el señor Juez Presidente.

(Fdo.) Luis Negrón Fernández
*Juez Presidente*

Certifico:

(Fdo.) Ignacio Rivera
*Secretario*